# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

v.                                           **CRIMINAL NO. 1:22-cr-120-TBM-BWR**
                                                                            **CIVIL ACTION NO. 1:25-cv-377-TBM**

**CALVIN DESHUN VAUGHN**

## ORDER

Calvin Deshun Vaughn filed a Motion to Vacate under 28 U.S.C. § 2255 in which he alleges that he received ineffective assistance of counsel. Before considering the Motion to Vacate, the Court finds Vaughn's former defense counsel should be required to respond to his allegations via affidavit. Accordingly:

IT IS ORDERED that Calvin Deshun Vaughn's former attorney, Jeffrey L. Hall, shall file, within forty-five (45) days of this Order, a written affidavit responding to the allegations in the Motion to Vacate, and shall provide a copy of the affidavit to the Government. The Government is directed to furnish the above-referenced attorney with a copy of this Order and the Motion to Vacate, if he has not received them from the Clerk of Court.

The Court specifically finds that Calvin Deshun Vaughn has waived his right to claim attorney-client privilege in regard to these proceedings.

IT IS FURTHER ORDERED that the Government shall file its Response to Defendant's Motion to Vacate Under 28 U.S.C. § 2255 within thirty (30) days after defense counsel's affidavit is filed.

This, the 17th day of December, 2025.

                                                         TAYLOR B. McNEEL
                                                         UNITED STATES DISTRICT JUDGE